IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHARLES HAMNER** **PLAINTIFF**
*ADC #143063*

v.  CASE NO. 2:23-CV-00195-BSM

**WILLIAM STRAUGHN,** *et al.* **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 8] is adopted. Charles Hamner's claims are dismissed, without prejudice, based on his failure to state a plausible constituional claim for relief. It is recommended that this dismissal be considered a "strike" for purposes of 28 United States Code section 1915(g). It is certified, pursuant to 28 United States Code section 1915(a)(3), that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith. The clerk is directed to close this case.

IT IS SO ORDERED this 31st day of October, 2023.

/s/ Brian S. Miller
UNITED STATES DISTRICT JUDGE