IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHARLES HAMNER                                                                        PLAINTIFF
*ADC #143063*

v.                                    CASE NO. 2:23-CV-00195-BSM

WILLIAM STRAUGHN, *et al.*                                                         DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 31st day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE